UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMP COLLECTION INC.,<br><br>　　　　　Defendant. | ECF CASE<br><br><br><br>No.: 1:20-cv-04401 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion and no class action being certified under Fed. R. Civ. P. 23(a) and (b), Plaintiff Olsen hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  April 15, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP

　　　　　　　　　　　　　　　　　　　　/s Christopher H. Lowe
　　　　　　　　　　　　　　　　　　　　Christopher H. Lowe
　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　　　New York, New York 10170
　　　　　　　　　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　　　　　　　　　chris@lipskylowe.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*